IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No: 13-21978 JAD |
| | : | |
| David E. Thomas, Jr. and Stacey R. Thomas, | : | Chapter 13 |
| | : | |
| | : | Document No: 100 |
|     Debtors. | : | |
| | : | |
| David E. Thomas, Jr., | : | |
| | : | |
|     Movant, | : | |
| | : | |
|         vs. | : | |
| | : | |
| Cumberland Coal Resources and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
|     Respondents. | | |

ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, filed a motion to terminate his wage attachment due to Debtor is no longer employed with Cumberland Coal Resources.  A new wage attachment with his current employer will be filed immediately.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Cumberland Coal Resources is terminated.

DATED this ___13th___ day of _____July_____2016.

_____ jsf
U. S. BANKRUPTCY JUDGE
**Jeffery A. Deller**

cc:    Debtor: David E. Thomas, Jr., 1725 Morris Street, Waynesburg, PA 15370
       Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
       Office of the Standing Chapter 13 Trustee

FILED
7/13/16 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David E. Thomas, Jr.
Stacey R. Thomas
       Debtors

Case No. 13-21978-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: llea        Page 1 of 1        Date Rcvd: Jul 13, 2016
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2016.
db             +David E. Thomas, Jr.,   1725 Morris Street,   Waynesburg, PA 15370-8111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
        agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com,
        michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com
        Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com,
        michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 6