File No.: 9721

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| David E. Thomas, Jr., | : | Case No. 13-21978 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No.114 |

## CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtor, certify that on August 25, 2016, I served a copy of the Court's August 23, 2016, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Cumberland Contura, LLC, Attn: Payroll Manager, 201 Resting Tree Drive, Bristol, VA 24202.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed:  August 25, 2016

                                          ZEBLEY MEHALOV & WHITE, P.C.
                                        BY

                                        /s/ Daniel R. White
                                              Daniel R. White
                                              PA I.D. No. 78718
                                              P.O. Box 2123
                                              Uniontown, PA 15401
                                              724-439-9200
                                              Email: dwhite@Zeblaw.com
                                              Attorneys for Debtors