IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No: 13-21978-JAD |
| | : | |
| David E. Thomas, Jr. and Stacey R. Thomas, | : | Chapter 13 |
| | : | |
| | : | Related To Doc. # 110 |
| Debtors. | : | |
| | : | |
| David E. Thomas, Jr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Contura Coal Resources and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | | |

### ORDER TERMINATING WAGE ATTACHMENT

The above-named Debtor, filed a motion to terminate his wage attachment due to Debtor is no longer employed with Cumberland Coal Resources. A new wage attachment with his current employer will be filed immediately.

IT IS, THEREFORE, ORDERED that Debtor's wage attachment through Contura Coal Resources is terminated.

DATED this 23rd day of August, 2016.

JEFFERY A. DELLER   mas
CHIEF U. S. BANKRUPTCY JUDGE

cc:   Debtor: David E. Thomas, Jr., 1725 Morris Street, Waynesburg, PA 15370
     Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
     Office of the Standing Chapter 13 Trustee

FILED
8/23/16 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David E. Thomas, Jr.
Stacey R. Thomas
    Debtors

Case No. 13-21978-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Aug 23, 2016
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.
db/jdb        +David E. Thomas, Jr.,   Stacey R. Thomas,   1725 Morris Street,   Waynesburg, PA 15370-8111
              +Contura Coal Resources,   Attn: Payroll Manager,   201 Resting Tree Drive,
               Bristol, VA 24202-4052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com,
         michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com
         Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com,
         michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 6