File No. 9721

FILED
8/23/16 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 13-21978-JAD |
| David E. Thomas, Jr. and Stacey R. Thomas, | Chapter 13 |
| Debtors. | Motion No. WO-1 |
| David E. Thomas, Jr., | Related to Doc. # 112 |
| Movant, | |
| vs. | |
| Cumberland Contura, LLC and Ronda J. Winnecour, | |
| Respondents. | |
| D #1 SSN: xxx-xx-7185 | |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtors, having filed a Chapter 13 petition and Debtors having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, David E. Thomas, Jr., receives income:

Cumberland Contura, LLC
Attn: Payroll Manager
201 Resting Tree Drive
Bristol, VA 24202

shall deduct from said income the sum of $920 bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate. **

DATED this 23rd day of August, 2016.

_____
JEFFERY A. DELLER    mas
CHIEF U. S. BANKRUPTCY JUDGE

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

cc:   Debtor: David E. Thomas, Jr., 1725 Morris Street, Waynesburg, PA 15370
      Attorney for Debtor: Daniel R. White, P.O. Box 2123, Uniontown, PA 15401
      Office of the Standing Chapter 13 Trustee
      Employer: Cumberland Contura, LLC, Attn: Payroll Manager, 201 Resting Tree Drive, Bristol, VA 24202

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David E. Thomas, Jr.  
Stacey R. Thomas  
    Debtors

Case No. 13-21978-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 1      Date Rcvd: Aug 23, 2016  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.  
db/jdb      +David E. Thomas, Jr.,   Stacey R. Thomas,   1725 Morris Street,   Waynesburg, PA 15370-8111  
            +Cumberland Contura, LLC,   Attn: Payroll Manager,   201 Resting Tree Drive,   Bristol, VA 24202-4052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com, michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
        Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com, michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                              TOTAL: 6