**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/24/2017

IN RE:

DAVID E. THOMAS, JR.
STACEY R. THOMAS
1725 MORRIS STREET
WAYNESBURG, PA  15370
XXX-XX-7185          Debtor(s)

XXX-XX-5676

Case No.13-21978 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/24/2017

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **GE CAPITAL RETAIL BANK**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SHAW/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9511 |
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CACH LLC/CACV/COLLECT AMERICA(*)**<br>PO BOX 5980<br>DENVER, CO  80217 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AVD/OE*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 120008191951 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 6/13 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1225 |
| **WELLS FARGO BANK DBA WELLS FARGO DEA**<br>PO BOX 25341<br>SANTA ANA, CA  92799 | Trustee Claim Number: 5   INT %: 6.00%<br>Court Claim Number: 3<br>CLAIM: 19,033.28<br>COMMENT: $/PL-CL@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3292 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 196.84<br>COMMENT: 6840/SCH*COLLECTO US ASSET MGMNT/AT&T | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2416 |
| **HSBC BEST BUY++**<br>ATTN: BANKRUPTCY<br>PO BOX 5263<br>CAROL STREAM, IL  60197 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7001191923556485 |
| **ECAST SETTLEMENT CORP**<br>POB 7247-6971<br>PHILADELPHIA, PA  19170-6971 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 1,149.94<br>COMMENT: BIG LOTS*FR CAP ONE*DOC 62 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5153 |
| **C A HOUSE MUSIC**<br>52335 NATIONAL RD<br>ST CLAIRSVILLE, OH  43950 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6516653 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 657.72<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8376 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 599.77<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9969 |
| **CHILDRENS PLACE**<br>POB 9025<br>DES MOINES, IA 50368-9025 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6011644314786012 |
| **COMENITY BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 945.16<br>COMMENT: FASHION BUG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9773 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 920.68<br>COMMENT: FASHION BUG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0203 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 3,764.01<br>COMMENT: GANDER MTN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3931 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 459.01<br>COMMENT: GANDER MTN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7750 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 767.55<br>COMMENT: GAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4477 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 566.55<br>COMMENT: JUSTICE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7361 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 666.68<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6037 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 212.93<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:23 | CLAIM: 2,348.02<br>COMMENT: LOWES/GE CAP RB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0406 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:4 | CLAIM: 637.10<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7006 |
| **DEPARTMENT STORES NATIONAL BNK**<br>C/O NCO FINANCIAL SYSTEMS<br>POB 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH*MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 417550925310 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:22 | CLAIM: 333.15<br>COMMENT: OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2787 |
| **PIER ONE IMPORTS INC**<br>C/O CBS<br>POB 740933<br>DALLAS, TX 75374 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5856374043104986 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:1 | CLAIM: 211.84<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6519 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:16 | CLAIM: 552.61<br>COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7316 |
| **SPRINGLEAF FINANCIAL SERVICES INC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:6 | CLAIM: 6,410.39<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0854 |
| **TARGET NATIONAL BANK**<br>C/O WEINSTEIN AND RILEY PS<br>POB 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 632563389 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 1,053.02<br>COMMENT: FR TD BANK USA NA*DOC 107 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5708 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 25 | CLAIM: 835.76<br>COMMENT: TOYS R US/GE CAP RB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0835 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 564.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 24 | CLAIM: 754.75<br>COMMENT: WALMART/GE CAP RB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4964 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 245.14<br>COMMENT: NT/SCH*2608768 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8768 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 282.20<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8990 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 2,616.18<br>COMMENT: $PL-CL@PNC MRTG/PL*THRU 5/13 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1225 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 4,495.49<br>COMMENT: NT/SCH*CITICORP/COLLECT AMERICA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9511 |