**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　DAVID E. THOMAS, JR.<br>STACEY R. THOMAS<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　DAVID E. THOMAS, JR.<br>STACEY R. THOMAS<br><br>　　　Respondents | Case No.13-21978JAD<br><br><br>Chapter 13<br><br><br>Document No.___125___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __22nd__ day of __May__, 20_18_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Cumberland Contura Llc
Attn Payroll Manager
340 Martin Luther King Jr. Blvd
Bristol,TN 37620

is hereby ordered to immediately terminate the attachment of the wages of DAVID E. THOMAS, JR., social security number XXX-XX-7185.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID E. THOMAS, JR..

FURTHER ORDERED:  n/a

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

FILED
5/22/18 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David E. Thomas, Jr.
Stacey R. Thomas
      Debtors

Case No. 13-21978-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: May 22, 2018
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
db/jdb        +David E. Thomas, Jr.,   Stacey R. Thomas,   1725 Morris Street,   Waynesburg, PA 15370-8111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
        andygornall@latouflawfirm.com
       Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com,
        gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
       Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com,
        gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
       James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                               TOTAL: 7