IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 13-21978 JAD |
| | : | |
| David E. Thomas, Jr. and Stacey R. Thomas, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: July 25, 2018 at 10:30 a.m. |
| | : | |
| Applicants, | : | Responses due: July 16, 2018 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

AMENDED SUMMARY COVER SHEET AND NOTICE OF HEARING ON
PROFESSIONAL FEES IN CHAPTER 13 CASE
<u>ON BEHALF OF DANIEL R. WHITE AND ZEBLEY, MEHALOV AND WHITE</u>

To All Creditors and Parties in interest:

1. The Applicants represent David E. Thomas, Jr. and Stacey R. Thomas .

2. This is a final application for the period April 23, 2013, to June 5, 2018.

3. A previous retainer in the amount of $700 was collected from the Debtors, which was, in part, for pre-petition work. Counsel further received the amount of $3,700, from the Chapter 13 Trustee as a distribution pursuant to Debtors' Chapter 13 Plan.

4. Previous final compensation allowed to Applicant: $0.00.

5. A previous cost retainer in the amount of $800 was collected from Debtors, which was, in part, for pre-petition costs. Applicants attached an accounting of costs incurred in the Chapter 13 bankruptcy case as Exhibit "B" to the Application for Compensation which shows a cost balance of owed of $150.06 beyond the retainer.

6. Applicants request additional:
   Compensation of $3,435 and
   Reimbursement of costs of $0.00.

7. A hearing on the Application will be held in Courtroom D, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219, on July 25, 2018 at 10:30 a.m.

8. Any written objections must be filed with the Court and served on Applicants on or before July 16, 2018, ( fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the Application are available from the Applicants.

Dated: June 29, 2018

/s/ Daniel R. White
PA ID: 78718
Zebley Mehalov & White
18 Mill Street Square
Uniontown, PA 15401
724-439-9200
dwhite@zeblaw.com