IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| David E. Thomas, Jr. and Stacey R. Thomas, | : | Case No. 13-21978 JAD |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | |
| David E. Thomas, Jr. and Stacey R. Thomas, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Respondent. | | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtors, David E. Thomas, Jr. and Stacey R. Thomas, by and through their counsel, Zebley Mehalov & White, and certify under penalty of perjury that the following statements are true and correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 26, 2018, at docket number 134, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing Certifications of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificates of Completion attached to the form.

Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  July 26, 2018

        ZEBLEY MEHALOV & WHITE, P.C.

BY: /s/ Daniel R. White
        Daniel R. White, Esquire
        PA I.D. No. 78718
        P.O. Box 2123
        Uniontown, PA 15401
        724-439-9200
        dwhite@Zeblaw.com