Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David E. Thomas Jr.
Stacey R. Thomas**
Debtor(s)

Bankruptcy Case No.: 13−21978−JAD

Chapter: 13
Docket No.: 139 − 138

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 5th of September, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/22/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/2/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/22/18.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-21978-JAD
David E. Thomas, Jr.                                                Chapter 13
Stacey R. Thomas
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: Sep 05, 2018
                              Form ID: 408            Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
```
db/jdb         +David E. Thomas, Jr.,    Stacey R. Thomas,    1725 Morris Street,    Waynesburg, PA 15370-8111
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13632573       +American Collection Systems,    811 Green Crest Drive--Suite 100,    Westerville, OH 43081-2715
13632575        Best Buy,    P.O. Box 5893,   Carol Stream, IL 60197-5893
13646995        Big Lots/Retail Services,    P.O. Box 15521,   Wilmington, DE 19850-5521
13632576       +C.A. House of Music,    52335 National Road East,    Saint Clairsville, OH 43950-8316
13707027        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13632580        Children's Place,    P.O. Box 6403,   Sioux Falls, SD 57117-6403
13654729       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13632581       +EOS CCA,    700 Longwater Drive,   Norwell, MA 02061-1624
13703858       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13632583        Gander Mountain Mastercard/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
13632595       +Law Firm of Allan C. Smith,    The Bucks County Office Center,
                 1276 Veterans Highway--Suite E-1,    Bristol, PA 19007-2597
13632589       +Macy's,    Bankruptcy Processing,    P.O. Box 8066,   Mason, OH 45040-8066
13636952       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13632592        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13632593       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13693685       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13632594        Sears,    P.O. Box 6283,   Sioux Falls, SD 57117-6283
13632597       +Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,
                 Minneapolis, MN 55440-1581
13632598       +Target National Bank Visa,    P.O. Box 9500,   Minneapolis, MN 55440-9500
13647228        Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13632602        Wells Fargo Dealer Services,    Attn: Correspondence--MAC T9017-026,    P.O. Box 168048,
                 Irving, TX 75016-8048
13853016        eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Sep 06 2018 02:16:08     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2018 02:19:30
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13632574        E-mail/Text: g20956@att.com Sep 06 2018 02:17:19     AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13685842        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 02:19:35
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13632577       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 02:19:35      CACH, LLC,
                 4340 South Monaco Street--2nd Floor,    Denver, CO 80237-3485
13632578        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:27      Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,   Norcross, GA 30091
13676484       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 02:17:07
                 COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13632579        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:27
                 Capital One Retail Services/Big Lots,    P.O. Box 5893,    Carol Stream, IL 60197-5893
13724366       +E-mail/Text: bnc@bass-associates.com Sep 06 2018 02:16:07     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13632582        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:21      Fashion Bug/Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
13632584        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:21
                 Gander Mountain/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
13632585       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:24     Gap--GE Money Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,   Roswell, GA 30076-9104
13694189        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 02:17:08     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13632586       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:21      Justice/Comenity Bank,
                 Attention: Bankruptcy,    P.O. Box 182686,   Columbus, OH 43218-2686
13632587        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 02:16:14     Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
13632588       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:00     Lowe's,
                 c/o GE Capital Retail Bank,    Attn: Bankruptcy Dept.,    P.O. Box 103104,
                 Roswell, GA 30076-9104
```

```
District/off: 0315-2           User: jfur                 Page 2 of 2                  Date Rcvd: Sep 05, 2018
                               Form ID: 408               Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13632590        +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:46      Old Navy/GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13710888         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 02:19:05
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13632591         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:21
                 Pier 1 Imports/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
13678304         E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 02:16:29
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13699483         E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 02:16:29
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13640329         E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2018 02:19:07
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13632596         E-mail/PDF: cbp@onemainfinancial.com Sep 06 2018 02:19:23      Springleaf Financial Services,
                 107 East Roy Furman Highway--Suite 107,    Waynesburg, PA 15370-8154
13644472        +E-mail/Text: bncmail@w-legal.com Sep 06 2018 02:17:04      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13632599        +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:46      Toys R US Credit Card/GECRB,
                 Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13632600         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 06 2018 02:16:04
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13632601        +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:00      Walmart,
                 c/o GE Capital Retail Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*            +PNC Mortgage,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
cr*             eCAST Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
13707028*       Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14265723*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```