**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID E. THOMAS, JR.<br>STACEY R. THOMAS<br>      Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:13-21978 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| August 28, 2018 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/06/2013 and confirmed on 7/24/13 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,666.85 |
| Less Refunds to Debtor | 835.74 | |
| TOTAL AMOUNT OF PLAN FUND | | 118,831.11 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,435.00 | |
|    Trustee Fee | 4,721.73 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,156.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 54,489.32 | 0.00 | 54,489.32 |
|     Acct: 1225 | | | | |
|   PNC BANK NA | 2,616.18 | 2,616.18 | 0.00 | 2,616.18 |
|     Acct: 1225 | | | | |
|   WELLS FARGO BANK DBA WELLS FARGO | 19,033.28 | 19,033.28 | 1,904.48 | 20,937.76 |
|     Acct: 3292 | | | | |
| | | | | 78,043.26 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID E. THOMAS, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID E. THOMAS, JR. | 835.74 | 835.74 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,435.00 | 3,435.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-18 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   CACH LLC/CACV/COLLECT AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX1951 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 196.84 | 196.84 | 0.00 | 196.84 |
|     Acct: 2416 | | | | |
|   HSBC BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX6485 | | | | |
|   ECAST SETTLEMENT CORP** | 1,149.94 | 1,149.94 | 0.00 | 1,149.94 |
|     Acct: 5153 | | | | |
|   C A HOUSE MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6653 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 657.72 | 657.72 | 0.00 | 657.72 |
|     Acct: 8376 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 599.77 | 599.77 | 0.00 | 599.77 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9969 | | | | |
| CHILDRENS PLACE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX6012 | | | | |
| COMENITY BANK | 945.16 | 945.16 | 0.00 | 945.16 |
| Acct: 9773 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 920.68 | 920.68 | 0.00 | 920.68 |
| Acct: 0203 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 3,764.10 | 3,764.10 | 0.00 | 3,764.10 |
| Acct: 3931 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 459.01 | 459.01 | 0.00 | 459.01 |
| Acct: 7750 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 767.55 | 767.55 | 0.00 | 767.55 |
| Acct: 4477 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 566.55 | 566.55 | 0.00 | 566.55 |
| Acct: 7361 | | | | |
| CAPITAL ONE NA** | 666.68 | 666.68 | 0.00 | 666.68 |
| Acct: 6037 | | | | |
| CAPITAL ONE NA** | 212.93 | 212.93 | 0.00 | 212.93 |
| Acct: 0000 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,348.02 | 2,348.02 | 0.00 | 2,348.02 |
| Acct: 0406 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 637.10 | 637.10 | 0.00 | 637.10 |
| Acct: 7006 | | | | |
| DEPARTMENT STORES NATIONAL BNK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX5310 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 333.15 | 333.15 | 0.00 | 333.15 |
| Acct: 2787 | | | | |
| PIER ONE IMPORTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4986 | | | | |
| PNC BANK NA | 211.84 | 211.84 | 0.00 | 211.84 |
| Acct: 6519 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 552.61 | 552.61 | 0.00 | 552.61 |
| Acct: 7316 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC( | 6,410.39 | 6,410.39 | 0.00 | 6,410.39 |
| Acct: 0854 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX3389 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 1,053.02 | 1,053.02 | 0.00 | 1,053.02 |
| Acct: 5708 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 835.76 | 835.76 | 0.00 | 835.76 |
| Acct: 0835 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 564.72 | 564.72 | 0.00 | 564.72 |
| Acct: 0001 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 754.75 | 754.75 | 0.00 | 754.75 |
| Acct: 4964 | | | | |
| EQUITABLE GAS CO(*) | 245.14 | 245.14 | 0.00 | 245.14 |
| Acct: 8768 | | | | |
| TD BANK USA NA** | 282.20 | 282.20 | 0.00 | 282.20 |
| Acct: 8990 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 4,495.49 | 4,495.49 | 0.00 | 4,495.49 |
| Acct: 9511 | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9511 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 29,631.12 |

TOTAL PAID TO CREDITORS                                                              107,674.38

| | |
|---|---|
| TOTAL CLAIMED | 0.00 |
| PRIORITY | 21,649.46 |
| SECURED | 29,631.12 |

Date: 08/28/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAVID E. THOMAS, JR.
    STACEY R. THOMAS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-21978 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                        BY THE COURT:

                                        _____
                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                             Case No. 13-21978-JAD
David E. Thomas, Jr.                                               Chapter 13
Stacey R. Thomas
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur                 Page 1 of 2              Date Rcvd: Sep 05, 2018
                              Form ID: pdf900            Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
```
db/jdb         +David E. Thomas, Jr.,    Stacey R. Thomas,    1725 Morris Street,    Waynesburg, PA 15370-8111
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13632573       +American Collection Systems,    811 Green Crest Drive--Suite 100,    Westerville, OH 43081-2715
13632575        Best Buy,    P.O. Box 5893,    Carol Stream, IL 60197-5893
13646995        Big Lots/Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
13632576       +C.A. House of Music,    52335 National Road East,    Saint Clairsville, OH 43950-8316
13707027        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13632580        Children's Place,   P.O. Box 6403,    Sioux Falls, SD 57117-6403
13654729       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13632581       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13703858       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13632583        Gander Mountain Mastercard/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
13632595       +Law Firm of Allan C. Smith,    The Bucks County Office Center,
                 1276 Veterans Highway--Suite E-1,    Bristol, PA 19007-2597
13632589       +Macy's,    Bankruptcy Processing,   P.O. Box 8066,    Mason, OH 45040-8066
13636952       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13632592        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
13632593       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13693685       +PNC Mortgage,    Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13632594        Sears,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13632597       +Target National Bank,    c/o Target Credit Services,    P.O. Box 1581,
                 Minneapolis, MN 55440-1581
13632598       +Target National Bank Visa,    P.O. Box 9500,    Minneapolis, MN 55440-9500
13647228        Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13632602        Wells Fargo Dealer Services,    Attn: Correspondence--MAC T9017-026,    P.O. Box 168048,
                 Irving, TX 75016-8048
13853016        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Sep 06 2018 02:16:08     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2018 02:19:30
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13632574        E-mail/Text: g20956@att.com Sep 06 2018 02:17:19     AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13685842        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2018 02:19:35
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13632577       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 02:19:34     CACH, LLC,
                 4340 South Monaco Street--2nd Floor,    Denver, CO 80237-3485
13632578        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:04     Capital One,
                 c/o TSYS Total Debt Management,    P.O. Box 5155,    Norcross, GA 30091
13676484       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 02:17:08
                 COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13632579        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:28
                 Capital One Retail Services/Big Lots,    P.O. Box 5893,    Carol Stream, IL 60197-5893
13724366       +E-mail/Text: bnc@bass-associates.com Sep 06 2018 02:16:08     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13632582        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:24     Fashion Bug/Comenity Bank,
                 Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
13632584        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:24
                 Gander Mountain/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
13632585       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:48     Gap--GE Money Bank,
                 Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13694189        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 02:17:08     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13632586       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:24     Justice/Comenity Bank,
                 Attention: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13632587        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2018 02:16:15     Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
13632588       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:26     Lowe's,
                 c/o GE Capital Retail Bank,    Attn: Bankruptcy Dept.,    P.O. Box 103104,
                 Roswell, GA 30076-9104
```

```
District/off: 0315-2           User: jfur                  Page 2 of 2                  Date Rcvd: Sep 05, 2018
                               Form ID: pdf900             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13632590        +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:01      Old Navy/GE Capital Retail Bank,
                 Attn:  Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13710888         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 02:19:53
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13632591         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 06 2018 02:16:25
                 Pier 1 Imports/Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,
                 Columbus, OH 43218-2125
13678304         E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 02:16:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13699483         E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 02:16:30
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13640329         E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2018 02:19:54
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13632596         E-mail/PDF: cbp@onemainfinancial.com Sep 06 2018 02:19:24      Springleaf Financial Services,
                 107 East Roy Furman Highway--Suite 107,    Waynesburg, PA 15370-8154
13644472        +E-mail/Text: bncmail@w-legal.com Sep 06 2018 02:17:04      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13632599        +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:26      Toys R US Credit Card/GECRB,
                 Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
13632600         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 06 2018 02:16:05
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13632601        +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:48      Walmart,
                 c/o GE Capital Retail Bank,    P.O. Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank, National Association
cr*           +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
cr*            Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
cr*            eCAST Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
13707028*      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14265723*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                            TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```