**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

<span style="color:red">**DEFAULT O/E JAD**</span>

IN RE:
    DAVID E. THOMAS, JR.
    STACEY R. THOMAS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-21978 JAD

Chapter 13

Document No.: 138

ORDER OF COURT

AND NOW, this ____24th____ day of ____October____, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

FILED
10/24/18 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-21978-JAD
David E. Thomas, Jr.                                                      Chapter 13
Stacey R. Thomas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut           Page 1 of 2          Date Rcvd: Oct 24, 2018
                             Form ID: pdf900       Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
db/jdb        +David E. Thomas, Jr.,   Stacey R. Thomas,   1725 Morris Street,   Waynesburg, PA 15370-8111
aty           +vde13,   Office of the Chapter 13 Trustee,   Suite 3250 US Steel Tower,   600 Grant Street,
               Pittsburgh, PA 15219-2719
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13632573      +American Collection Systems,   811 Green Crest Drive--Suite 100,   Westerville, OH 43081-2715
13632575       Best Buy,   P.O. Box 5893,   Carol Stream, IL 60197-5893
13646995       Big Lots/Retail Services,   P.O. Box 15521,   Wilmington, DE  19850-5521
13632576      +C.A. House of Music,   52335 National Road East,   Saint Clairsville, OH 43950-8316
13707027       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13632580       Children's Place,   P.O. Box 6403,   Sioux Falls, SD 57117-6403
13654729      +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13632581      +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
13703858      +Equitable Gas Company,   c/o Donna Treemarchi,   225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13632583       Gander Mountain Mastercard/Comenity Bank,   Bankruptcy Department,   P.O. Box 182125,
               Columbus, OH 43218-2125
13632595      +Law Firm of Allan C. Smith,   The Bucks County Office Center,
               1276 Veterans Highway--Suite E-1,   Bristol, PA 19007-2597
13632589      +Macy's,   Bankruptcy Processing,   P.O. Box 8066,   Mason, OH 45040-8066
13636952      +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13632592       PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
13632593      +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
13693685      +PNC Mortgage,   Attn: Bankruptcy Department,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
13632594       Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
13632597      +Target National Bank,   c/o Target Credit Services,   P.O. Box 1581,
               Minneapolis, MN 55440-1581
13632598      +Target National Bank Visa,   P.O. Box 9500,   Minneapolis, MN 55440-9500
13647228       Wells Fargo Bank, N.A.,   dba Wells Fargo Dealer Services,   P.O. Box 19657,
               Irvine, CA 92623-9657
13632602       Wells Fargo Dealer Services,   Attn: Correspondence--MAC T9017-026,   P.O. Box 168048,
               Irving, TX 75016-8048
13853016       eCAST Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Oct 25 2018 02:40:59     Capital One, N.A.,
               Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2018 02:37:30
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13632574       E-mail/Text: g20956@att.com Oct 25 2018 02:42:20     AT&T Mobility,   5020 Ash Grove Road,
               Springfield, IL 62711-6329
13685842       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 02:50:55
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13632577      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2018 02:37:53     CACH, LLC,
               4340 South Monaco Street--2nd Floor,   Denver, CO 80237-3485
13632578       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:37:45     Capital One,
               c/o TSYS Total Debt Management,   P.O. Box 5155,   Norcross, GA 30091
13676484      +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 25 2018 02:42:07
               COLLECTO US ASSET MANAGEMNT, INC.,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-7999
13632579       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 02:37:47
               Capital One Retail Services/Big Lots,   P.O. Box 5893,   Carol Stream, IL 60197-5893
13724366      +E-mail/Text: bnc@bass-associates.com Oct 25 2018 02:40:58     Capital One, N.A.,
               c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13632582       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 02:41:16     Fashion Bug/Comenity Bank,
               Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
13632584       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 02:41:16
               Gander Mountain/Comenity Bank,   Bankruptcy Department,   P.O. Box 182125,
               Columbus, OH 43218-2125
13632585      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:01     Gap--GE Money Bank,
               Attn: Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
13694189       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 25 2018 02:42:07     Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-9617
13632586      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 02:41:16     Justice/Comenity Bank,
               Attention: Bankruptcy,   P.O. Box 182686,   Columbus, OH 43218-2686
13632587       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 25 2018 02:41:04     Kohl's,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
13632588      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:21     Lowe's,
               c/o GE Capital Retail Bank,   Attn: Bankruptcy Dept.,   P.O. Box 103104,
               Roswell, GA 30076-9104

```
District/off: 0315-2          User: mgut              Page 2 of 2            Date Rcvd: Oct 24, 2018
                              Form ID: pdf900         Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13632590        +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:22      Old Navy/GE Capital Retail Bank,
                 Attn:  Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
13710888         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 03:02:13
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13632591         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 02:41:16
                 Pier 1 Imports/Comenity Bank,   Bankruptcy Department,   P.O. Box 182125,
                 Columbus, OH 43218-2125
13678304         E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 02:41:23
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13699483         E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 02:41:23
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13640329         E-mail/PDF: rmscedi@recoverycorp.com Oct 25 2018 02:37:30
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13632596         E-mail/PDF: cbp@onemainfinancial.com Oct 25 2018 02:37:40      Springleaf Financial Services,
                 107 East Roy Furman Highway--Suite 107,   Waynesburg, PA 15370-8154
13644472        +E-mail/Text: bncmail@w-legal.com Oct 25 2018 02:42:03      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13632599        +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:02      Toys R US Credit Card/GECRB,
                 Bankruptcy Department,   P.O. Box 103104,   Roswell, GA 30076-9104
13632600         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 25 2018 02:40:56
                 Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
13632601        +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 02:37:21      Walmart,
                 c/o GE Capital Retail Bank,   P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                   TOTAL: 27
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*            +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
cr*             eCAST Settlement Corporation,   PO Box 28136,   New York, NY  10087-8136
13707028*       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14265723*       Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                        TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:

```
         Andrew F Gornall   on behalf of Creditor   PNC Bank, National Association
          andygornall@latouflawfirm.com
         Daniel R. White    on behalf of Debtor David E. Thomas, Jr. dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
         Daniel R. White    on behalf of Joint Debtor Stacey R. Thomas dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                            TOTAL: 7
```